OPINION — AG — PAYMENTS MADE BY THE OKLAHOMA WHEAT COMMISSION AND WHEAT RESEARCH FOUNDATION FOR AUDITS PERFORMED BY THE STATE EXAMINER AND INSPECTOR MUST BE PAID BY WARRANTS PAYABLE TO THE "STATE EXAMINER AND INSPECTOR FUND". CITE: 74 O.S. 1965 Supp., 227.6 [74-227.6], 74 O.S. 1961 256 [74-256], OPINION NO. 64-122, 74 O.S. 1963 Supp., 227.1-227.4 [74-227.1] [74-227.4]/ 2 O.S. 1965 Supp., 1036 [2-1036], 2 O.S. 1965 Supp., 1001 [2-1001] (JEFF HARTMANN)